UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DARRYL TAYLOR,)
)
       Petitioner,)
)
    vs.) No. 1:16-cv-01464-SEB-DML
)
UNITED STATES OF AMERICA,)
)
       Respondent.)

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner.

The motion for relief pursuant to 28 U.S.C. § 2255 is denied and the action is dismissed with prejudice.

Date: 3/21/2018

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DARRYL TAYLOR
08795-028
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
breitz@usa.doj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov